UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  )
                           )
          Plaintiff,       )
                           )
     v.                    )          Civil Action No. 04-0798 (PLF)
                           )
ALL ASSETS HELD AT BANK JULIUS,  )
Baer & Company, Ltd., Guernsey   )
Branch, account number 121128, in the  )
Name of Pavlo Lazarenko et al.,  )
                           )
          Defendants In Rem.  )
                           )

ORDER

For the reasons set forth in an Opinion issued this same day, it is hereby

ORDERED that the motion [Dkt. No. 997] of claimants Alexander, Ekaterina,

and Lecia Lazarenko to reconsider the portion of the Court's opinion of August 3, 2017, denying

them leave to plead an Eighth Amendment excessive fines affirmative defense is DENIED.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 4, 2018